IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERATION OF PHYSICIANS AND         :
DENTISTS                             :
                                     :        CIVIL ACTION
            v.                       :
                                     :
JOHN F. KENNEDY MEMORIAL             :        No. 02-4039
HOSPITAL                             :


SETTLEMENT CONFERENCE SCHEDULING ORDER


        Please be advised that a settlement conference in the above-captioned case will be held on **MONDAY, DECEMBER 2, 2002,** at **9:30 a.m.** before the Honorable Arnold C. Rapoport, United States Magistrate Judge, in Suite 3401, Edward N. Cahn United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA, 18101.

        COUNSEL ARE DIRECTED TO REPORT TO CHAMBERS ON THE DATE AND TIME STATED ABOVE.  PURSUANT TO LOCAL RULE 16.1 (d) 3, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AND UNLIMITED AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.  PERSONS PRESENT MUST HAVE FULL AND UNLIMITED SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

        Specifically, Trial Counsel shall bring with him **HERMAN MATTHEWS, President of Council District 33,** and **CARL GRAHAM, Chief Financial Officer. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

                                        BY THE COURT:


                                        _____
                                        ARNOLD C. RAPOPORT
                                        United States Magistrate Judge

Date: October 23, 2002
cc. Matthew Morbello, Esquire
    Samuel L. Spear, Esquire

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____ JURY/NONJURY

TRIAL/POOL DATE: _____ (Circle One)

TRIAL COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____

Client: _____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS/DEMANDS:

_____

_____

ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)