IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERATION OF PHYSICIANS AND DENTISTS,** | : : : |
| **Plaintiff,** | : : |
| v. | : Civ. Action No. 02-CV-4039 (PBT) : |
| **JOHN F. KENNEDY MEMORIAL HOSPITAL** | : : : : |
| **Defendant.** | : |

**ORDER**

AND NOW, this _____ day of June 2003, upon consideration of the motion of Plaintiff Federation of Physicians and Dentists to enforce its settlement agreement with Defendant J.F.K. Memorial Hospital, and of Defendant's response thereto, it is hereby ORDERED that said motion is GRANTED. Accordingly, Defendant J.F.K. Memorial Hospital is ORDERED to pay the sum of $10,000.00 to Plaintiff Federation of Physicians and Dentists.

BY THE COURT:

_____
PETRESE B. TUCKER
U.S. DISTRICT COURT JUDGE