IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERATION OF PHYSICIANS AND DENTISTS, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civ. Action No. 02-CV-4039 (PBT) <br> : |
| JOHN F. KENNEDY MEMORIAL HOSPITAL | : <br> : <br> : |
| Defendant. | : |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

AND NOW comes Plaintiff Federation of Physicians and Dentists (the "Union"), and moves the court to enforce the settlement agreement between the Union and Defendant John F. Kennedy Memorial Hospital (the "Employer"), executed on January 21, 2003.

WHEREFORE, the Union respectfully requests that the Court issue an order compelling J.F.K. Memorial Hospital to pay $10,000.00 in satisfaction of the parties' settlement agreement and to comply with the remaining terms of the agreement.

Respectfully submitted,

By _____
LANCE GEREN
PA Attorney I.D. No. 86064
FREEDMAN AND LORRY, P.C.
400 Market Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 931-2573

Attorneys for Plaintiff Federation of Physicians and Dentists

DATED: September 19, 2003