IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERATION OF PHYSICIANS AND DENTISTS** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 02-4039** |
| | : | |
| v. | : | |
| | : | |
| **JOHN F. KENNEDY MEMORIAL HOSPITAL** | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, this _____ day of October, 2004, upon consideration of Plaintiff's Motion to Vacate Order Dismissing case Pursuant to Rule 41.1(b) (Doc. 14), **IT IS HEREBY ORDERED and DECREED** that the Plaintiff's Motion is **DENIED.**

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**