IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERATION OF PHYSICIANS AND DENTISTS** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 02-4039** |
| | : | |
| v. | : | |
| | : | |
| **JOHN F. KENNEDY MEMORIAL HOSPITAL** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _____ day of October, 2004, **IT IS HEREBY ORDERED AND DECREED** that both a corporate representative and counsel for the Defendant, John F. Kennedy Memorial Hospital, shall appear before this Court to show cause as to why it should not be held in contempt of this Court's Order dated December 15, 2003 (Doc. 12) at a hearing to be held on **Friday, November 12, 2004, at 9:15 a.m.** in Courtroom 9B, 601 Market Street, Philadelphia, PA.

                                                  **BY THE COURT:**

                                                  _____

                                                  **Hon. Petrese B. Tucker, U.S.D.J.**